IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EVA MARSH                                                                                             PLAINTIFF

vs.                                      Civil No. 1:16-cv-01009

CAROLYN COLVIN                                                                                  DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 1st day of February 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE